AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Steven Penny

_Plaintiff_

v.

Stephen Jungels

_Defendant_

)
)
)
)
)
)
)

Civil Action No. 4-16CV-110-A

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Stephen Jungels
745 W Delavan Ave
Buffalo NY 14222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Penny
3825 Great Oak Dr 516
Euless TX 76040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Feb 10 2016

_____
_Signature of Clerk or Deputy Clerk_